UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2008 AUG 27 PM 1:07
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA | * SA08CR614XR |
| Plaintiff, | * **INDICTMENT** |
| v. | * 18 U.S.C. §1958(a): Conspiracy to cause travel in interstate commerce in the commission of murder-for-hire; |
| THERESA A. TOLLIVER, | * |
| Defendant. | * |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
[18 U.S.C. § 1958(a)]

That beginning in or about October 2000, and continuing until on or about November 20, 2000, in the Western District of Texas, the Eastern District of Arkansas, and elsewhere, the Defendant

**THERESA A. TOLLIVER,**

and other persons known to the Grand Jury, did conspire and agree together and with each other to travel, and cause another person to travel, in interstate commerce, including from the State of Arkansas to the State of Texas, with the intent that the murder of Derrick T. Tolliver be committed in the State of Texas in violation of the laws of the State of Texas, as consideration for the receipt of, and as consideration for a promise to pay and agreement to pay, a thing of pecuniary value, that

is, a sum of money, and which resulted in the death of Derrick T. Tolliver, in violation of Title 18, United States Code, Section 1958(a).

A TRUE BILL.

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
United States Attorney

By: _____
BILL BAUMANN
Assistant U.S. Attorney

_____
THOMAS P. MOORE
Assistant U.S. Attorney